UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:21 CR 151 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| BENJAMIN ORTIZ-LEDEZMA, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

Pending before the court is Defendant's Motion to Reduce Sentence pursuant to the 821 Amendment of the Sentencing Guidelines (ECF No. 25). The Federal Public Defender entered an appearance to review said motion and file either a supplement to the Motion, or a notice indicating no supplement will be filed. On February 1, 2024 the court received notice that the assigned Assistant Federal Public Defender would not be filing any supplement to Defendant's pro se Motion (ECF No. 28). The United States filed its Response in Opposition to Defendant's Motion on February 6, 2024 indicating to the court that Defendant was neither a zero-point offender, nor did he receive any additional "status points" and therefore ineligible for relief (ECF No. 29).

The court finds that Defendant has not demonstrated that he is entitled to relief according to the Guidelines. Therefore, Defendant's Motion to Reduce Sentence- 821 Amendment is denied.

IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

April 5, 2023